# Court of Appeals
# of the State of Georgia

ATLANTA,  August 25, 2020

*The Court of Appeals hereby passes the following order:*

## A20A1863. SAM LEVINE v. GEORGIA ALLOY, LLC et al.

Sam Levine, defendant in the dispossessory case below, appeals from an order of the Superior Court of Fulton County transferring the case from the Atlanta Judicial Circuit to the Sixth Judicial Administrative District. The order, however, is not subject to direct appeal.

"Because the case remains pending below, although in a different court from the one that issued the transfer order, there was no final judgment as defined in OCGA § 5-6-34 (a) (1)." *Eidson v. Croutch*, 337 Ga. App. 542, 544 (788 SE2d 129) (2016). Consequently, Levine was required to comply with interlocutory appeal procedures in order to appeal. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). His failure to follow the requisite procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *Eidson*, 337 Ga. App. at 543.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/25/2020*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*